UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                           Case No. 18-54907

BILLY MYERS,                                     Chapter 7
and
KENDRA MYERS,                                    Judge Thomas J. Tucker

        Debtors.
_____/

## ORDER DISMISSING CASE

On November 2, 2018, the Debtors filed a voluntary petition for relief under Chapter 7, commencing this case, and the Debtors each also filed, among other documents, a document entitled "Certificate of Counseling" (Docket # 1, at pdf page 8- 9), which documents state that on *May 3, 2018*, the Debtors each received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

Neither of the Debtors is eligible to be a debtor in this case, under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

Neither of the Debtors received the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. The only credit counseling certificates that the Debtors have filed show that the Debtors each received a credit counseling briefing on May 3, 2018, which was *183 days* before the petition was filed in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on November 8, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**